ACCEPTED
03-14-00505-CV
5274957
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 4:50:57 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-14-00505-CV
## IN THE 3rd COURT OF APPEALS

**Trial Court Case Number 253,616-C**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 4:50:57 PM
JEFFREY D. KYLE
Clerk

## JERRY HOFROCK
**Appellant,**

**v.**

## JUDY HORNSBY

## MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

Jerry Hofrock, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1.     Appellant's Brief was due on May 13, 2015.

2.     Appellant seeks a thirty day extension of time to file Appellant's Brief form the due date of the filing of the Brief, which would make Appellant's Brief due on or before June 13, 2015.

3.     Appellant has, not anticipating such an extended delay in the filing of the records in this case, become embroiled in other projects and has not been able to set aside the time needed in which to research and submit his brief.

4.     Appellant apologizes to the Court for the requested delay, but has no alternative. Appellant has not been able, at this time, to examine the records and reporter's record.

5. This is the first extension of time sought since the required briefs were filed.

For these reasons, Jerry Hofrock requests that this court render an order extending the time for filing Appellant's Brief to and including June 13, 2015.

Respectfully submitted,

Jerry Hofrock
1601 Eagle Wing
Cedar Park, Texas 78613
(512) 266-2822

## CERTIFICATE OF CONFERENCE

I, Jerry Hofrock, hereby certify that I called the office of John Stoebner on May 13, 2015, to inform him of my intention of filing this motion to extend time. I could not reach Mr. Stoebner personally, and I presume he would object to the motion.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached motions was sent by U. S. Postal Service on May 13, 2015 to:

John Stoebner
2106 Bird Creek Drive
Temple, Texas 76502